IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY KARL BLACKWELL, | 1:09-cv-00642-GSA (PC) |
| Plaintiff, | ORDER STRIKING UNSIGNED COMPLAINT |
| vs. | (Doc. 1) |
| D. TAXDAHL, et al., | ORDER REQUIRING PLAINTIFF TO FILE SIGNED COMPLAINT, AND SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed this action on April 10, 2009. However, Plaintiff failed to sign his complaint, and therefore, it may not be considered by the Court. Local Rule 7-131; Fed. R. Civ. P. 11(a). Further, Plaintiff neither paid the $350.00 filing fee nor submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's unsigned complaint is stricken;
2. The Clerk's Office shall send Plaintiff a complaint form and an application to proceed in forma pauperis;

-1-

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a signed complaint and either pay the $350.00 filing fee in full or submit an application to proceed in forma pauperis;

4. **Failure to comply with this order will result in a recommendation that this action be dismissed, without prejudice.**

IT IS SO ORDERED.

Dated: **April 13, 2009**         /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE